Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-01893-LJO-GSA |
| Plaintiff, | PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER |
| v. | CONTINUING INITIAL SCHEDULING CONFERENCE AND EXTENDING |
| SERGIO CERDA, et al. | TIME TO COMPLETE SERVICE; AND ORDER THEREON |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Wednesday, March 14, 2012 at 10:00 AM. As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Sergio Cerda, individually and d/b/a La Fogata, despite diligent efforts to do so. Please see Plaintiff's Exhibit 1. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of an Initial

Scheduling Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Wednesday, March 14, 2012 at 10:00 AM and permit an additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal in this action.

Respectfully submitted,

Dated: March 5, 2012                    */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER
CASE NO. 1:11-cv-01893-LJO-GSA

1

2

### **ORDER**

3

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-01893-

4

LJO-GSA styled *J & J Sports Productions, Inc. v. Sergio Cerda, et al*., is hereby continued from 10:00

5

AM, Wednesday March 14, 2012 to **May 30, 2012, at 10:00 a.m**.

6

Plaintiff is granted an additional Thirty (30) to Forty-Five (45) days from today's date to

7

effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service

8

by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Sergio Cerda,

9

individually and d/b/a La Fogata, where service has not been made or service by publication

10

requested.

11

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

12

Service of this Order with the Clerk of the Court.

13

14

15

IT IS SO ORDERED.

16

Dated:   **March 5, 2012**                              **/s/ Gary S. Austin**

17

UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28